**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **MARIA CONCEPCION VALENZUELA CERVANTEZ,** *Plaintiffs*, | § § § | |
| **v.** | § | **CIVIL NO. 1:22-cv-150** |
| **BRYAN COLLIER, ET AL.** *Defendants.* | § § § | |

## DEFENDANTS FRITH, MCGUIRE, ENRIQUEZ, HARP, AND BASTIC'S NOTICE IN RESPONSE TO ORDER FOR MOTIONS ON QUALIFIED IMMUNITY

Defendants Darrell Frith, Greg McGuire, Manuel Enriquez, Jr., Joe Harp, and Greg Bastic (collectively, "Defendants"),[1] through the Office of the Attorney General of Texas, through the Office of the Attorney General for the State of Texas, submit this notice in response to the Court's Order for Motions on Qualified Immunity (D.E. 76).

The Court is correct that Defendants' entitlement to qualified immunity should be determined at the earliest possible stage of litigation. *Carswell v. Camp*, 37 F.4th 1062, 1066 (5th Cir. 2022). That is because qualified immunity is immunity from not just liability but from suit, which includes such incidents to suit such as discovery. *Id.* However, in this particular case, the issue of whether Defendants are entitled to qualified immunity is heavily fact intensive and the analysis is largely intertwined with the merits of Plaintiffs' constitutional claims. Thus, while Defendants maintain their entitlement to qualified immunity, they do not intend to use it as a shield to discovery in this case.

Defendants consent to the entry of a scheduling order governing discovery once the remaining defendants' motions to dismiss have been resolved.[2] Defendants intend, and reserve the right, to

---

[1] Based on the description provided by Plaintiff, the Defendants listed as "Bob Harp" and "Greg Bostic" have been identified as former corrections officers Joe Harp and Gregory Bastic, respectively.

[2] The Court has stayed discovery until all pending motions to dismiss have been resolved. D.E. 65.

argue their entitlement to qualified immunity—among other defenses—in a post-discovery motion for summary judgment.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Michael J. Calb*
**MICHAEL J. CALB**
Assistant Attorney General
Texas State Bar No. 24126986
Michael.Calb@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, **Michael J. Calb**, Assistant Attorney General of Texas, certify that a copy of the above and foregoing has been served on all counsel of record via the Electronic Case Files System for the Northern District of Texas on December 11, 2023.

*/s/ Michael J. Calb*
**MICHAEL J. CALB**
Assistant Attorney General